IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| MANUEL RUELAS-SIGALA, | § § | |
| Petitioner, | § § | |
| v. | § § | 2:10-CV-0090 |
| RICK THALER, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division, | § § § § § | |
| Respondent. | § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, GRANTING RESPONDENT'S MOTION TO DISMISS, and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner MANUEL RUELAS-SIGALA has filed with this Court an application for a writ of habeas corpus by a person in state custody. On June 18, 2010, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that respondent's motion to dismiss be granted and petitioner's habeas petition be dismissed as time barred. On June 23, 2010, petitioner filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by petitioner to the Report and Recommendation. The objections filed by petitioner are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, respondent's motion to dismiss as time barred is GRANTED, and the petition for a

writ of habeas corpus filed by petitioner is DISMISSED.

    IT IS SO ORDERED.

    ENTERED this \_\_\_2nd\_\_\_ day of \_\_\_July_____ 2010.

    _____
    MARY LOU ROBINSON
    UNITED STATES DISTRICT JUDGE